UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MELVIN L VIRGIL,

                *Plaintiff,*

– against –

AARON FINN, Correction Officer, ALEXANDER J. CONSTANTINI, Corrections Officer, P. LANGDON, Corrections Officer, JOHN DOE 1 – 8, Corrections Officers, in their individual capacities,

                *Defendants.*

**AFFIRMATION OF SERVICE**

Case No.
7:22-CV-3169(CS)(JMC)

State of New York   )
                      ss.:
County of Albany   )

Matthew McGowan, an attorney duly admitted to the practice of law, affirms under penalties of perjury that:

1. I am over eighteen years of age and I am not a party to this action.

2. On the 9th day of May, 2022, at 10:55 a.m., I served a copy of Plaintiff's Complaint and a summons for Aaron Finn by personal service on Megan Spillane, Assistant New York State Department of Corrections and Community Services (DOCCS) Counsel at at the Office of Counsel of the Department of Corrections and Community Supervision, Building #4, Harriman State Office Campus, 1220 Washington Avenue, Albany, New York;

3. The person served was: Megan Spillane, Assistant Counsel, as Aaron Finn has authorized the Office of Counsel to accept service on his behalf;

4.  Personal Service was made by handing her the summons and complaint in this matter.

_____
Matthew McGowan, Senior Staff Attorney
Prisoners' Legal Services of New York
41 State Street, Suite M 112
Albany, NY 12207

DATED: May 11, 2022