UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MELVIN L VIRGIL,

               *Plaintiff*,

    – against –

AARON FINN, Correction Officer, ALEXANDER J. CONSTANTINI, Corrections Officer, P. LANGDON, Corrections Officer, JOHN DOE 1 – 8, Corrections Officers, in their individual capacities,

               *Defendants*.

**AFFIRMATION OF SERVICE**

Case No.
7:22-CV-3169(CS)(JMC)

State of New York  )
                      ss.:
County of Orange  )

      Marie-Ann Sennett, an attorney duly admitted to the practice of law, affirms under penalties of perjury that:

1.     I am over eighteen years of age and I am not a party to this action.

2.     On the 7th day of June, 2021, at 12:42 p.m., I served a copy of Plaintiff's Complaint and a summons for Alexander J. Constantini by personal service on Carol Murphy, Inmate Records Coordinator I, Green Haven Correctional Facility, 594 Route 216, Stormville, NY 12582;

3.     The person served was: Carol Murphy authorized by Department of Corrections and Community Services Directive 6930 to accept service on his behalf;

4.     Personal Service was made by handing her the summons and complaint in this matter.

                                                                          */s/ Marie-Ann Sennett*

Marie-Ann Sennett
Managing Attorney
Prisoners' Legal Services of New York
10 Little Britain Road, Suites 201 &204
Newburgh, NY 12550

DATED: June 7, 2022