UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MELVIN L. VIRGIL<br><br>*Plaintiff,*<br><br>v.<br><br>AARON FINN, Corrections Officer,<br>ALEXANDER J. CONSTANTINI, Corrections Officer, P. LANGDON, Corrections Officer,<br>JOHN DOE 1-8, Corrections Officers,<br>in their individual capacities,<br><br>*Defendants.* | Case No. 7:22-cv-3169 (CS) (JMC) |

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

Please enter my appearance as counsel in this case for Plaintiff Melvin L. Virgil. I certify that I am admitted to practice in this Court.

Dated:   New York, New York
         July 13, 2022

/s/ Benjamin D. White
Benjamin D. White
BLOCH & WHITE LLP
152 West 57th Street, 8th Floor
New York, New York 10128
Telephone: (212) 901-3825
bwhite@blochwhite.com

*Counsel for Plaintiff*