UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MELVIN L. VIRGIL<br><br>        *Plaintiff,*<br><br>   v.<br><br>AARON FINN, Corrections Officer,<br>ALEXANDER J. CONSTANTINI, Corrections<br>Officer, P. LANGDON, Corrections Officer,<br>JOHN DOE 1-8, Corrections Officers,<br>in their individual capacities,<br><br>        *Defendants.* | Case No. 7:22-cv-3169 (CS) (JMC) |

**NOTICE OF APPEARANCE**

To the Clerk of this court and all parties of record:

      Please enter my appearance as counsel in this case for Plaintiff Melvin L. Virgil. I certify that I am admitted to practice in this Court.

Dated:   New York, New York
           July 13, 2022

                                          /s/ Michael L. Bloch
                                          Michael L. Bloch
                                          BLOCH & WHITE LLP
                                          152 West 57th Street, 8th Floor
                                          New York, New York 10128
                                          Telephone: (212) 901-3825
                                          mbloch@blochwhite.com

                                          *Counsel for Plaintiff*