

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-6359

July 21, 2022

*By ECF*
The Honorable Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re:    <u>Melvin L. Virgil v. Aaron Finn et al.</u>, 22-CV-3169 (CS)

Dear Judge Seibel:

      This letter is being submitted to respectfully request an extension for Defendants Aaron Finn, Alexander Costantini, and Philip Langdon ("Defendants") to respond to Plaintiff's Complaint (ECF Doc. No. 1). Pursuant to N.Y. Pub. Off. Law § 17(2)(c), it is respectfully requested that the time for Defendants to respond to the Complaint be extended from **July 28, 2022** to a date to be determined by the Court at the next scheduled conference on **September 6, 2022**. The grounds for this request are that this Office has just completed its representational analysis and concluded that it will not be representing any of the named Defendants. Defendants were advised of this Office's determination earlier today. Accordingly, additional time is needed to allow Defendants to obtain counsel, and for their new counsel to review the case and prepare responses to the Complaint.

      This is the third request for an extension of the Defendants' time to respond to Plaintiff's Complaint, and the Court previously granted both prior requests to permit this Office to conclude its representation analysis (<u>see</u> ECF Doc. Nos. 17, 21). The United States Department of Justice has consented to this extension request. Plaintiff's consent was requested but counsel for Plaintiff has agreed only to a week adjournment. Nonetheless, for the reasons stated above, and because the requested extension does not impact any other deadlines in this case or unduly prejudice Plaintiff in light of the pending stay application by the United States Department of Justice (see ECF Doc. No. 32), it is respectfully requested that Defendants' time to respond to the Complaint to a date to be determined by the Court at the September 6, 2022 conference.

I thank the Court for its attention to this matter.

Respectfully submitted,

/s/ Andrew Blancato
Andrew Blancato
Assistant Attorney General
28 Liberty Street - 18th Floor
New York, New York 10005
(212) 416-6359
Andrew.Blancato@ag.ny.gov

cc:     (via mail and ECF)

James Murray Bogin Esq.
*Prisoners Legal Services of New York*
*Attorneys for Plaintiff*
10 Little Britain Road, Suite 204
Newburgh, NY 12550
(845) 391-3110
jbogin@plsny.org

Benjamin White
*Bloch & White LLP*
*Attorneys for Plaintiff*
152 West 57th Street, 8th Floor
New York, NY 10019
212-901-3825
bwhite@blochwhite.com

Michael Low Bloch
*Bloch & White LLP*
*Attorneys for Plaintiff*
152 West 57th Street, 8th Floor
Ste 7110
New York, NY 10119
212-901-3820
mbloch@blochwhite.com

Charles Salim Jacob
*United States Attorney's Office SDNY*
*Interested Party*
86 Chambers St.
New York, NY 10007
212-637-2725
charles.jacob@usdoj.gov*

**DECLARATION OF SERVICE**

Andrew Blancato, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as follows:

I am over 18 years of age and not a party to this action.  On July 21, 2022, I caused to be served the annexed <u>Letter-Motion</u>, upon:

James Murray Bogin Esq.
*Prisoners Legal Services of New York*
*Attorneys for Plaintiff*
10 Little Britain Road, Suite 204
Newburgh, NY 12550
(845) 391-3110

Michael Low Bloch & Benjamin White
*Bloch & White LLP*
*Attorneys for Plaintiff*
152 West 57th Street, 8th Floor
Ste 7110
New York, NY 10119
212-901-3820

Charles Salim Jacob
*United States Attorney's Office SDNY*
*Interested Party*
86 Chambers St.
New York, NY 10007
212-637-2725

Attorney for Plaintiff, by mailing a true copy and correct copy thereof, enclosed and properly sealed in a postpaid envelope, under the exclusive care and custody of the United States Postal Services within the State of New York addressed to the above-noted address designated by plaintiff for that purpose.

<u>*S/ Andrew Blancato*</u>
Andrew Blancato
Assistant Attorney General