UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MELVIN L. VIRGIL

                                 Plaintiff,

-against-

AARON FINN, Corrections Officer, ALEXANDER J. CONSTANTINI, Corrections Officer, P. LANGDON, Corrections Officer, JOHN DOE 1-8, Corrections Officers, in their individual capacities,

                                 Defendants.

**NOTICE OF APPEARANCE**

Case No. 7:22-CV-3169

PLEASE TAKE NOTICE, that attorney Scott Iseman of Iseman PLLC, 125 High Rock Avenue, Saratoga Springs, NY 12866, hereby enters a Notice of Appearance on behalf of Defendant, Alexander J. Costantini, incorrectly sued as ALEXANDER J. CONSTANTINI, in the above-captioned matter.

DATED: September 1, 2022

                                 ISEMAN PLLC

                                 By: _____

                                 Scott Iseman
                                 Attorney for Defendant
                                 125 High Rock Ave. Suite 215-H
                                 Saratoga Springs, NY 12866
                                 scott@scottisemanlaw.com
                                 (518) 416-2158
                                 Bar Roll Id: SI1609