

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES  
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL  
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-6359

November 25, 2022

*By ECF*  
The Honorable Cathy Seibel  
United States District Judge  
Southern District of New York  
300 Quarropas Street  
White Plains, New York 10601

    Re:    <u>Melvin L. Virgil v. Aaron Finn et al.</u>, 7:22-CV-3169 (CS)

Dear Judge Seibel:

    This letter is being submitted to respectfully request an extension for Defendants Anthony J. Annucci and Mark Royce ("DOCCS Defendants") to respond to Plaintiff's Amended Complaint (ECF Doc. No. 54). Specifically, it is respectfully requested that the time for DOCCS Defendants to respond be extended from December 1, 2022 to December 19, 2022. The extra time is respectfully requested to allow for further examination of the causes of action against the DOCCS Defendants and so this Office may continue its representational analysis for Defendant Royce, who has retired from DOCCS.

    This is the first application for extension made on behalf of the DOCCS Defendants. All parties have consented to this application. The requested extension is not expected to impact any other deadlines in this case.

                Respectfully submitted,

                /s/ Andrew Blancato
                Andrew Blancato
                Assistant Attorney General
                28 Liberty Street - 18th Floor
                New York, New York 10005
                (212) 416-6359

cc:    **VIA ECF:**
        Benjamin White & Michael Bloch
        Bloch & White LLP
        *Attorneys for Plaintiff*
        152 West 57th Street, 8th Floor
        New York, NY 10019
        212-901-3825
        bwhite@blochwhite.com

        James Murray Bogin
        Prisoners Legal Services of New York
        *Attorney for Plaintiff*
        41 State Street
        Albany, NY 12207
        (518) 438-8046
        jbogin@plsny.org

        John Cornelius Burns
        COOK, NETTER, CLOONAN, KURTZ, & MURPHY, P.C.
        *Attorney for Defendant Finn*
        85 Main Street
        Kingston, NY 12402
        845-331-0702
        jburns@cookfirm.com

Scott Iseman
Law Office of Scott Iseman
*Attorney for Defendant Costantini*
125 High Rock Ave
Suite 215-H
Saratoga Springs, NY 12866
518-416-2158
scott@scottisemanlaw.com

Thomas Angelo Capezza
Capezza Hill, LLP
*Attorney for Defendant Langdon*
30 S. Pearl Street
Suite P-110
Albany, NY 12211
518-478-6065
tom@capezzahill.com