UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
MELVIN L. VIRGIL,

                         Plaintiff,

-against-

AARON FINN, et al.,

                        Defendants.
------------------------------------------------------X

22-CV-3169 (CS)

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that defendants Anthony J. Annucci and Mark Royce ("Supervisory Defendants"), by their attorney, LETITIA JAMES, Attorney General of the State of New York, upon the annexed Memorandum of Law, will move this Court before the Honorable Cathy Seibel, United States District Court Judge for the Southern District of New York, at the United States Courthouse located at 300 Quarropas Street, White Plains, New York, 10601, at a date and time to be determined by the Court, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing the Complaint on the grounds that:

(i) Plaintiff fails to state a claim against the Supervisory Defendants for deliberate indifference to Defendant Finn's alleged PTSD;

(ii) Plaintiff fails to state a claim against the Supervisory Defendants for deliberate indifference to Defendant Finn's alleged prior instances of excessive force;

(iii) Plaintiff is entitled to qualified immunity;

(iv) Plaintiff fails to plead facts indicating the personal involvement of the Supervisory Defendants; and

(v)     Plaintiff should not be granted leave to amend.

Dated: New York, New York

April 14, 2023

                                                     Respectfully submitted,

LETITIA JAMES
Attorney General of the
State of New York
Attorneys for State Defendants
By:

  /s/ Andrew Blancato_____
Andrew Blancato
Assistant Attorney General
28 Liberty Street
New York, New York 10005
(212) 416- 8659
Andrew.Blancato@ag.ny.gov