UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

MELVIN L. VIRGIL,                              :

               Plaintiff,       :     Case No. **22-CV-3169** (CS)

                       :

     - against -                         :     **ORDER AUTHORIZING THE**
                       :     **DEPOSITION OF**
AARON FINN, et al.,                            :     **INCARCERATED PLAINTIFF**

                       :

            Defendants.       :     ~~[PROPOSED]~~

------------------------------------------------------------ X

**IT IS HEREBY ORDERED**, pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), that

an Assistant Attorney General, as well as counsel for all other defendants, may take the deposition of

inmate Plaintiff MELVIN L. VIRGIL, DIN # 96-B-2200, before a notary public or some other

officer authorized to administer oaths by the laws of the United States or of the State of New York,

at a Correctional Facility maintained by the New York State Department of Corrections and

Community Supervision, or virtually via a remote deposition at the same, upon notice to Plaintiff

and the Superintendent of the Correctional Facility.

Dated:  ~~New York, New York~~

       White Plains, NY  7/27/23


                      SO ORDERED.

                      *Cathy Seibel*

                      _____

                      CATHY SEIBEL, U.S.D.J.