UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MELVIN L. VIRGIL,

          *Plaintiff,*

v.

AARON FINN, Corrections Officer,
ALEXANDER COSTANTINI, Corrections Officer, PHILIP LANGDON, Corrections Officer,
JOHN DOE 1-8, Corrections Officers,
ANTHONY J. ANNUCCI, Acting Commissioner of the New York State Department of Corrections and Community Supervision,
MARK ROYCE, Former Superintendent of Green Haven Correctional Facility,
JOHN DOE 9, supervising employee of DOCCS, in their individual capacities,

          *Defendants.*

[PROPOSED]
ORDER TO PRODUCE
PLAINTIFF MELVIN VIRGIL

Case No. 7:22-cv-3169 (CS)(JCM)

TO: Michael D'Amore, Superintendent
**Marcy Correctional Facility**
**9000 Old River Road**
**Marcy, New York**

**WHEREAS** Mr. Melvin Virgil, DIN 96B2200, is a Plaintiff in the above-captioned matter;

**WHEREAS** Mr. Virgil is currently in custody at Marcy Correctional Facility in Marcy, New York;

**WHEREAS** Mr. Virgil has retained an expert, Gerald Philip Varlotta, D.O., pursuant to Federal Rule of Civil Procedure 26 who will conduct a virtual medical examination of Mr. Virgil to be conducted via videoconference; and

**NOW THEREFORE, IT IS ORDERED** that the Superintendent of Marcy Correctional Facility produce Mr. Melvin Virgil **by March 8, 2024** for a virtual medical examination with Gerald Philip Varlotta, D.O., to be conducted via videoconference.

**IT IS FURTHER ORDERED** that Mr. Virgil must be allowed to participate in the videoconference in a privileged and confidential manner; DOCCS personnel must allow Mr. Virgil to bring any legal papers and he shall be allowed to participate in the videoconference without the presence of any third parties in the room.

Dated: White Plains, New York
       February 23, 2024

SO ORDERED:

_____
Cathy Seibel, U.S.D.J.