UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MELVIN L. VIRGIL<br><br>　　　　　　　　*Plaintiff*,<br>　v.<br><br>AARON FINN, *et al.*,<br><br>　　　　　　　　*Defendants*. | Case No. 7:22-cv-3169 (CS) |

**NOTICE OF APPEARANCE**

To the Clerk of this court and all parties of record:

　　　　Please enter my appearance as counsel in this case for Plaintiff Melvin L. Virgil.  I certify that I am admitted to practice in this Court.

Dated:　New York, New York
　　　　August 14, 2025

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Catherine G. Willett

　　　　　　　　　　　　　　　　　　　　BLOCH & WHITE LLP
　　　　　　　　　　　　　　　　　　　　152 West 57th Street, 8th Floor
　　　　　　　　　　　　　　　　　　　　New York, New York 10019
　　　　　　　　　　　　　　　　　　　　Telephone: (212) 702-8670
　　　　　　　　　　　　　　　　　　　　cwillett@blochwhite.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*