

**Office of the New York State**
**Attorney General**

**Letitia James**
**Attorney General**

---

October 15, 2025

**BY ECF**
The Honorable Judith C. McCarthy
United States Magistrate Judge
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

    Re:    *Melvin L. Virgil v. Aaron Finn, et al.,* 7:22-CV-3169 (CS)(JCM)

Dear Judge McCarthy:

    The Office of the Attorney General ("OAG") represents Department of Corrections and Community Supervision ("DOCCS") former Acting Commissioner Anthony J. Annucci and former Green Haven Correctional Facility Superintendent Mark Royce ("DOCCS Defendants") in the above-referenced action. Pursuant to your Honor's order at the close of the Settlement Conference held on September 15, 2025, I write, jointly on behalf of all parties, to inform the Court about "the status of settlement and whether another settlement conference would be beneficial." *See* Dkt. Entry dated September 15, 2025.

    Since the Settlement Conference, defense counsels have spoken with the client agency, DOCCS, regarding Plaintiff's latest settlement demand. DOCCS is currently conducting its internal review process, which is not yet complete. Without further authority from DOCCS, Defendants were not able to engage in continued settlement negotiations with Plaintiff since the settlement conference. The Defendants anticipate needing at least an additional 14 days to secure the final settlement authority necessary to participate. After the Defendants obtain final authorization, the parties will promptly advise the Court if they believe another settlement conference before Your Honor would prove beneficial.

    I thank the Court for its attention to this matter.

Respectfully submitted,

By: _____

    MAURICE NWIKPO-OPPONG
    Assistant Attorney General
    (212) 416-6097
    Maurice.Nwikpo-Oppong@ag.ny.gov

**CC:**    Parties of record (Via ECF)