UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Virgil,

                              Plaintiff(s),

                    -against –

Finn et al,

                              Defendant(s).
------------------------------------------------------------X

**O R D E R**

7:22-CV-03169 (CS) (JCM)

<u>Seibel, J.</u>

It having been reported to this Court that the claims in this case have been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within forty-five days of the date of this order, Plaintiff may apply by letter within the forty-five-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.

        **SO ORDERED**.

Dated: December 18, 2025

        White Plains, New York

_____

        CATHY SEIBEL, U.S.D.J.